UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RUBEN OLVERA-MORALES, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:25-cv-00643-JRS-MG ) |
| SAMUEL OLSON, KRISTI NOEM, PAMELA BONDI, TODD M. LYONS, RODNEY S SCOTT, BRINSON SWEARINGEN, | ) ) ) ) ) ) ) |
| Respondents. | ) |

**Order Directing Clerk to Issue Amended Final Judgment**

The Court granted Petitioner's petition for a writ of habeas corpus on January 20, 2026, and issued final judgment that same day. Dkts. 21, 22. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**So Ordered.**

Date: 1/21/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-Registered Counsel of Record